| | |
|---|---|
| 1 | Shaun Setareh (SBN 204514) |
| | shaun@setarehlaw.com |
| 2 | William Pao (SBN 219846) |
| | william@setarehlaw.com |
| 3 | Nolan Dilts (SBN 328904) |
| | nolan@setarehlaw.com |
| 4 | **SETAREH LAW GROUP** |
| | 9665 Wilshire Blvd., Suite 430 |
| 5 | Beverly Hills, CA 90212 |
| | Tel: (310) 888-7771 |
| 6 | Fax: (310) 888-0109 |
| 7 | Attorneys for Plaintiff |
| | KENNETH PRESIDENT |
| 8 | |
| 9 | Allison C. Eckstrom, California Bar No. 217255 |
| | Christopher J. Archibald, California Bar No. 253075 |
| 10 | Amelia Alvarez, California Bar No. 310044 |
| 11 | **BRYAN CAVE LEIGHTON PAISNER LLP** |
| | 1920 Main Street, Suite 1000 |
| 12 | Irvine, California 92614-7276 |
| | Telephone: (949) 223-7000 |
| 13 | Facsimile: (949) 223-7100 |
| 14 | E-Mail:     allison.eckstrom@bclplaw.com |
| | christopher.archibald@bclplaw.com |
| 15 | amelia.alvarez@bclplaw.com |
| 16 | Attorneys for Defendant WALGREEN CO. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PRESIDENT, on behalf of himself, all others similarly situated, | CASE NO. 3:20-cv-06530-MMC |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND PLAINTIFF'S CLAIMS TO STATE COURT** |
| vs. | |
| WALGREEN CO., an Illinois corporation; and DOES 1 through 50, inclusive, | Courtroom:  8 – 4th Floor |
| | Judge:      Hon. Maxine M. Chesney |
| Defendants. | |

JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND PLAINTIFF'S CLAIMS TO STATE COURT

# JOINT STIPULATION

Plaintiff KENNETH PRESIDENT ("Plaintiff") and Defendant WALGREEN CO. ("Defendant") (collectively, the "Parties") by and through their attorneys of record, jointly submit the following Stipulation to Remand Plaintiff's claims back to the Superior Court of California for the County of Santa Clara ("State Court"):

WHEREAS, on August 3, 2020, Plaintiff filed a putative class action Complaint in the State Court alleging that Defendant violated various California wage and hour laws;

WHEREAS, on September 17, 2020, Defendant removed the action pursuant to 28 U.S.C. §§ 1441, 1446, and 1453, asserting jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. §§ 1332(d);

WHEREAS, on January 12, 2021, Plaintiff filed a First Amended Complaint adding a claim for civil penalties under the Private Attorney's General Act of 2004 ("PAGA"), Lab. Code §§ 2698, *et seq.*;

WHEREAS, on March 4, 2022, the Parties attended private mediation with experienced mediator Michael Dickstein;

WHEREAS, the Parties were able to reach an agreement to settle Plaintiff's claims on a class and representative action basis;

WHEREAS, on March 16, 2022, the Parties informed the Court in a Joint Case Management Statement of their intent to file a stipulation to remand this case;

WHEREAS, the Parties agree and hereby stipulate to remand this action back to the State Court for the purposes of obtaining preliminary and final approval.

THEREFORE, the Parties hereby stipulate and agree to remand this action back to the State Court and jointly request that the Court issue an Order to that effect.

IT IS SO STIPULATED.

///

///

///

Respectfully,

DATED: June 16, 2022   **SETAREH LAW GROUP**

By: */s/ Shaun Setareh*
　　Shaun Setareh
　　William Pao
　　Nolan Dilts
　Attorneys for Plaintiff
　KENNETH PRESIDENT

DATED: June 16, 2022   **BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Allison C. Eckstrom*
　　Allison C. Eckstrom
　　Christopher J. Archibald
　　Amelia Alvarez
　Attorneys for Defendant
　WALGREEN CO.

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

                                                */s/ Shaun Setareh*
                                                Shaun Setareh

# [PROPOSED] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Stipulation between the Parties, and good cause appearing, this Court hereby ORDERS that Plaintiff's claims are hereby REMANDED to the Superior Court of the State of California, County of Santa Clara.

**IT IS SO ORDERED.**

DATED: June 16, 2022

Honorable Maxine M. Chesney
United States District Court Judge